

**ORDERED in the Southern District of Florida on January 5, 2021.**

A. Jay Cristol, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                            CASE NO.: 17-20250-AJC
                                                                  CHAPTER 13
Benjamin Espinosa
  Debtor.

_____/


## ORDER DISMISSING CASE

On November 11, 2020, U.S. BANK N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF THE STRUCTURED ASSET SECURITIES CORPORATION, STRUCTURED ASSET INVESTMENT LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-BC9 ("Secured Creditor") filed a Motion to Compel Debtors to file a Modified Chapter 13 Plan (DE 135). On December 18, 2020, subsequent to a hearing held on December 15, 2020, this Court entered an Order Granting Secured Creditor's Motion to Compel (DE 137) Without holding a hearing, the court considered the matter on the papers submitted, it is:

**ORDERED:**

1. For failure to file a Modified Plan within 14 days, as per the Order Granting Secured Creditor's Motion to Compel (DE 137) this case is DISMISSED.

###
Submitted by:
Robertson, Anschutz, Schneid, Crane, & Partners PLLC
*Authorized Agent for Creditor*
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969

Attorney Keith Labell, klabell@rasflaw.com, is directed to serve copies of this order on the parties listed and file a certificate of service within 3 days.

Benjamin Espinosa
9921 NW 27th Street
Miami, FL 33172

Jerry A. Borbon, Esq.
814 Ponce de Leon Blvd #300
Coral Gables, FL 33134

Nancy K. Neidich
POB 279806
Miramar, FL 33027

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave., Suite 1204
Miami, FL 33130